# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Grunley/Goel JV, LLC ) | ASBCA No. 59356 |
| ) | |
| Under Contract No. W912DR-11-C-0027 ) | |

APPEARANCES FOR THE APPELLANT:    Robert J. Symon, Esq.
Aron C. Beezley, Esq.
  Bradley Arant Boult Cummings LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Veronica L. Norman, Esq.
  Assistant District Counsel
  U.S. Army Engineer District, Baltimore

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 21 August 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59356, Appeal of Grunley/Goel JV, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals